IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JEFFREY MAURER, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br>     v.<br><br>ARGOS THERAPEUTICS INC., JEFFREY ABBEY, LORI HARRELSON and RICHARD KATZ,<br><br>                  Defendants. | 1:17-cv-00216 |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the court on the parties' Joint Stipulation and Proposed Order of Dismissal. (Doc. 29.) Upon due consideration and for good cause shown,

IT IS HEREBY ORDERED as follows:

1. The above action is voluntarily DISMISSED WITHOUT PREJUDICE as to the Lead Plaintiffs and members of the putative class.

2. The parties shall bear their own attorneys' fees and other expenses.

                                                          /s/   Thomas D. Schroeder
                                                   United States District Judge

September 26, 2017